ACCEPTED
06-15-00004-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 1:25:09 PM
DEBBIE AUTREY
CLERK

LAW OFFICES OF

# JACKSON, SJOBERG, McCARTHY & TOWNSEND, L.L.P.

711 WEST 7TH STREET
AUSTIN, TEXAS 78701-2785

DAVID E. JACKSON*
JOHN MATTHEW SJOBERG*
EDMOND R. McCARTHY, JR.
ELIZABETH A. TOWNSEND†

————

*BOARD CERTIFIED IN OIL, GAS AND MINERAL LAW
**BOARD CERTIFIED IN CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

(512) 472-7600
FAX (512) 225-5565

www.jacksonsjoberg.com

OF COUNSEL
ROBERT C. WILSON
MARC O. KNISELY**
MARK DIETZ
EDMOND R. McCARTHY, III

†Licensed in Texas and Tennessee

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 1:25:09 PM
DEBBIE AUTREY
Clerk

June 26, 2015

Ms. Debra K. Autrey
Clerk, Sixth Court of Appeals
100 North State Line Avenue, Suite 20
Texarkana, Texas  75501

Re: *Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey, Wilmer Forrest Tremble, Jr., and The Estate of Wilmer Forrest Tremble, Sr., Appellants v. Luminant Mining Company LLC, Energy Future Holdings Corporation, and Subsidiaries, Appellees,* No. 06-15-0004-CV

Dear Ms. Autrey:

I am one of the attorneys for the Appellees in the above-referenced appeal.  The Court abated this appeal by order dated May 28, 2015, due to the Bankruptcy Code's automatic stay, and Appellee Luminant Mining Company LLC moved to reinstate the appeal on June 18, 2015. On June 23, 2015, I received the Court's order of that date, which overruled Luminant's motion to reinstate the appeal because the motion did not include (1) a certified copy of an order showing that the automatic bankruptcy stay has been lifted or (2) an authenticated document demonstrating that reinstatement is permitted by federal law and/or the relevant bankruptcy court.

The purpose of this letter is to inform the Court that Luminant intends to obtain an order from the bankruptcy court lifting the stay and will provide a certified copy of that order to this Court, but that doing so will take approximately two months.  Luminant has been informed by its bankruptcy counsel that, due to other matters already pending in the Luminant bankruptcy, the first available date for a hearing before the bankruptcy court on a motion to lift the stay of this appeal will be August 11, 2015.  As promptly as is possible after that hearing, Luminant will submit a second motion to reinstate this appeal, along with a certified copy of the bankruptcy court's lift stay order.

Please contact me if you have any questions about this matter.  Thank you for your assistance.  Best wishes.

Sincerely,

/s/ Marc O. Knisely

Marc O. Knisely

MOK/tn

Ms. Debra K. Autrey
Clerk, Sixth Court of Appeals
June 26, 2015
Page 2

cc:     Billie J. Murphy Tremble
        2806 Evans Street
        Marshall, TX 75670
        *Via Regular U.S. Mail and*
        *Certified Mail, RRR*
        *70150640000696328092*

        Sharon Tremble Donaldson
        2010 Wineberry Dr .
        Katy, TX  77450
        *Via Regular U.S. Mail and*
        *Certified Mail, RRR*
        *70150640000696328108*

        Selia Tremble Shawkey
        712 South 37th Street
        San Diego, CA  92113
        *Via Regular U.S. Mail and*
        *Certified Mail, RRR*
        *70150640000696328122*

        Wilmer Forrest Tremble, Jr.
        3614 Sheldon
        Pearland, TX  77584
        *Via Regular U.S. Mail and*
        *Certified Mail, RRR*
        *70150640000696328115*